# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　V.<br><br>NEIL PETERSON (1),<br><br>　　　　　　　Defendant. | Criminal Case No. 14CR3703-JLS<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Indictment .

Dated: June 7, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge